Federal District Courthouse for the District of Massachusetts
Certificate of Service

Immigration and Naturalization Services

Vs.

Oscar A. Guerrero

FILED
CLERK'S OFFICE

2004 JUL 12 P 3: 24

U.S. DISTRICT COURT
DISTRICT OF MASS

I, Aleister Sibilia Lopez, swear and certify that opposing party, Immigration and Naturalization Services, in the above-entitled matter has been served with the recent action taken, by the Defendant, in said matter. This was done by sending it a true and exact copy of the following document: Motion for a speedy trial (1 page), dated 30th day of June, 2004.

Said document was placed in an envelope, which was then sealed and stamped and addressed to:   Immigration and Naturalization Services
1 Courthouse Way
Boston, Massachusetts
United States of America

This envelope was placed in the United States Postal Service box in Massachusetts Correctional Institution, Concord on the 1st day of July, 2004.

Signed under pains and punishment of perjury this 1st day of July, 2004

*Aleister Sibilia Lopez*
Aleister Sibilia Lopez
Prisoner / Counsel
35 Ward Drive
Danbury, Connecticut
United States of America

One of One