Immigration and Naturalization

   Services

Vs.

Oscar A. Guerrero

FILED
CLERKS OFFICE

2004 JUL 12 P 3:20

U.S. DISTRICT COURT
DISTRICT OF MASS

## Motion for a speedy trial

Now comes, Aleister Sibilia Lopez, the Defendant's Counsel in the above-captioned matter and Pursuant to the 6th Amendment to the Constitution for the United States of America moves this Honorable Court to give the Defendant a speedy trial on said matter.

The Immigration and Naturalization Services has obtained a Warrant for the Defendant and its number is # A93 272 978, for what Seems to be Case # Bos 0309000208.

The Defendant is Currently in the Custody of the Massachusetts Department of Corrections and would like to resolve the above mentioned matter against him as promptly as his natural rights allow him and without any delay.

Respectfully Submitted,

Aleister Sibilia Lopez
Aleister Sibilia Lopez
prisoner/Coansel
35 Ward Drive
Danbury, Connecticut
uNited States of America
30th day of June, 2004

One of One