UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>FRANCISCO CASTILLO</u>,
        Plaintiff,

        v.

<u>IMMIGRATION AND NATURALIZATION SERVICE</u>,
        Defendant.

CIVIL ACTION

NO.   04-11566-NMG

------------------------------------------------------------------------

<u>OSCAR A. GUERRERO</u>,
        Plaintiff,

        v.

<u>IMMIGRATION AND NATURALIZATION SERVICE</u>,
        Defendant.

CIVIL ACTION

NO.   04-11568-NMG

<u>ORDER OF DISMISSAL</u>

<u>GORTON, D.J.</u>

    In accordance with this Court's order dated <u>July 21, 2004</u>, it is ORDERED that the within actions be and they hereby are dismissed.

                              By the Court,

                              s/ Linn A. Weissman
                              Deputy Clerk

Date <u>July 21, 2004</u>

(noticeofdismissal.wpd - 12/98)                                                                            [odism.]